U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN - 8 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CARLOS SEMEDO** | : | **DOCKET NO. 2:08-CV-886** |
| **VS.** | : | **JUDGE MINALDI** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that petitioner's petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___ day of _____, 2009.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE